IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
July 17, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) Case No. 4:12CR00032 |
| | ) |
| v. | ) **OPINION AND ORDER** |
| | ) |
| **DAMIEN COURTNEY FITZGERALD,** | ) JUDGE JAMES P. JONES |
| | ) |
| Defendant. | ) |

The defendant has filed a self-styled "Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2)and in Conjunction with the All Drug Minus Two Level Amendment (782)," which I construe as a motion for reconsideration of the Court's Order entered by the late Judge Jackson L. Kiser on January 14, 202, ECF No. 343.  The Government has filed a response to the motion in which it objects to any relief.  The defendant has not replied, and his motion is now ripe for decision.

After a careful review of the issues, I agree with the Government's analysis of the issues and find that the defendant is not eligible for relief.  Accordingly, it is **ORDERED** that the motion, ECF No. 342, is DENIED.  The defendant later filed an indentical motion, ECF No. 345, and it is also DENIED.

ENTER: July 17, 2025

/s/ JAMES P. JONES
Senior United States District Judge